UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-5443-MWF(JEMx)**                               Dated: **September 27, 2016**

Title:    Youngwire USA, Inc. -v- Marine Splicing and Supply Company, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                         None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on September 26, 2016, the Court sets a hearing for Order To Show Cause Re Default Judgment for **October 31, 2016 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing,* the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                                          Initials of Deputy Clerk __cw__
CIVIL - GEN

-1-